■ LAWRENCE HEALY, Appellant, v. PATRICIAL MORANZ, Respondent.— Motion granted and order dismissing appeal vacated on condition that respond-

512

ent's brief, or a demand therefor pursuant to rule VII of the Appellate Division, Fourth Department Rules, is filed on or before August 1, 1961.